IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 16-3414-CV-S-MDH ) |
| SAMI OSMAKAC, | ) ) ) |
| Defendant | ) |

## ENTRY OF APPEARANCE

Comes now Michelle M. Law, Assistant Federal Public Defender, and hereby enters her appearance as counsel on behalf of Defendant, Sami Osmakac, in the above-entitled cause of action.

Respectfully submitted,

*/s/ Michelle M. Law*
**MICHELLE M. LAW, #45487**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

October 18, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2016, the foregoing document was electronically filed with the Clerk of the Court, and a copy was served on all ECF participants of record.

*/s/ Michelle M. Law*
**MICHELLE M. LAW**
